CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HORNBECK OFFSHORE TRANSPORTATION, LLC | ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) ) ) | Civil Case Number 07-1030 (RCL) |
| UNITED STATES OF AMERICA | ) ) ) | Category   E |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 29, 2007 from Judge Colleen Kollar-Kotelly to Judge Royce C. Lamberth by direction of the Calendar Committee.

(Randomly Assigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Lamberth & Courtroom Deputy
      Judge Kollar-Kotelly & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk