UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HORNBECK OFFSHORE TRANSPORTATION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1030 (RCL) |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

Upon consideration of the parties' Rule 16.3 Report [9], it is hereby

ORDERED, that all discovery is stayed and the following schedule shall apply to this case:

    (a) November 16, 2007 – dispositive motions filed;

    (b) December 10, 2007 – oppositions filed;

    (c) December 17, 2007 – reply briefs filed.

Further scheduling, if necessary, will follow the Court's determination of dispositive motions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 1, 2007.