# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HORNBECK OFFSHORE TRANSPORTATION, LLC, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES OF AMERICA, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:07-cv-01030 </br> ) Judge Lamberth </br> ) </br> ) </br> ) </br> ) |

## UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY

The United States respectfully submits this Notice of Supplemental Authority relating to its Motion to Dismiss Under Rule 12(b)(1), Or, In the Alternative, Rule 12(b)(6), filed on November 16, 2007. Since the time this motion was submitted to the Court, the United States Supreme Court and the United States Court of Appeals for the District of Columbia Circuit have each decided a case that has some bearing on the issue of whether the applicable statute of limitations in the Federal Tort Claims Act is jurisdictional such that a defense based on it should be raised by a Rule 12(b)(1) motion rather than a Rule 12(b)(6) motion. These two cases are as follows:

1. <u>John R. Sand & Gravel Co. v. United States</u>, __ U.S. __, 128 S. Ct. 750, 753-54 (2008) (distinguishing between ordinary statutes of limitation and those that limit "the scope of a governmental waiver of sovereign immunity" and finding the latter to be

jurisdictional in a case involving the statute of limitations for the United States Court of Federal Claims);

2. P & V Enter. v. United States Army Corps of Engineers, __ F.3d __, No. 07-5060, 2008 WL 425523, at *5 & n.2 (D.C. Cir. Feb. 19, 2008) (noting that it has "long held" that the six-year statute of limitations attached to the government's waiver of sovereign immunity is jurisdictional and thus need not "address the potential implications" of John R. Sand & Gravel Co.).

DATED: February 28, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

DARRELL VALDEZ
Assistant United States Attorney


s/ Rodney Patton
RODNEY PATTON
Trial Attorney, Civil Division
Torts Branch
Aviation and Admiralty Litigation
P. O. Box 14271
Washington, D.C.  20044-4271
Telephone:  (202) 616-4105
Facsimile:  (202) 616-4002
E-Mail: rodney.patton@usdoj.gov

s/ John S. Luce Jr.
JOHN S. LUCE Jr.
Trial Attorney, Civil Division
Torts Branch
Aviation and Admiralty Litigation
P. O. Box 14271
Washington, D.C.  20044-4271
Telephone:  (202) 616-4035
Facsimile:  (202) 616-4159
E-Mail: john.luce@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 28th day of February 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

        Lawrence I. Kiern
        WINSTON & STRAWN, LLP

                                  s/ Rodney Patton
                                  RODNEY PATTON
                                  Trial Attorney,
                                  Aviation and Admiralty Litigation
                                  Torts Branch, Civil Division
                                  P. O. Box 14271
                                  Washington, D.C.  20044-4271
                                  Telephone:  (202) 616-4105
                                  Facsimile:  (202) 616-4002
                                  E-Mail: rodney.patton@usdoj.gov