UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HORNBECK OFFSHORE TRANSPORTATION, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 07-1030 (RCL) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

This matter comes before the Court on defendant's motion [11] to dismiss. Upon consideration of the motion, the opposition and reply briefs, the entire record herein, and applicable law, it is hereby, for the reasons set forth in an accompanying Memorandum Opinion,

ORDERED that defendant's motion is GRANTED. This case is dismissed with prejudice.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on July 1, 2008.