UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORNBECK OFFSHORE TRANSPORTATION, LLC<br>103 Northpark Boulevard, Suite 300<br>Covington, LA 70433,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Civil Action No. 07-1030 (RCL) |

## NOTICE OF APPEAL

Notice is hereby given this 29th day of July, 2008, that Hornbeck Offshore Transportation, LLC ("Hornbeck") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 1st day of July, 2008, in favor of the United States of America against Hornbeck.

　　　　　　　　　　　　　Lawrence I. Kiern #441154
　　　　　　　　　　　　　Thomas L. Mills #911495
　　　　　　　　　　　　　Gerald A. Morrissey III #488730
　　　　　　　　　　　　　1700 K Street, N.W.
　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　(202) 282-5811 (direct)
　　　　　　　　　　　　　(202) 282-5100 (fax)
　　　　　　　　　　　　　email: lkiern@winston.com
　　　　　　　　　　　　　email: tmills@winston.com
　　　　　　　　　　　　　email: gmorrissey@winston.com

　　　　　　　　　　　　　*Attorneys for Hornbeck Offshore Transportation, LLC*

RECEIVED
JUL 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

John Seely Luce, Jr.
U.S. DEPARTMENT OF JUSTICE
1425 New York Avenue, NW
Suite 10100
Washington, DC 20005
(202) 616-4035
(202) 616-4159 (fax)
john.luce@usdoj.gov

Rodney Patton
U.S. DEPARTMENT OF JUSTICE
1425 New York Avenue
Suite 10100
Washington, DC 20005
(202) 616-4105
rodney.patton@usdoj.gov